IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE DEAN OJEDA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:08-cv-0641 CRB (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING THIRTY-DAY EXTENSION FOR DEFENDANTS TO FILE RESPONSE TO FIRST AMENDED COMPLAINT |

　　　Good cause appearing, the application of Defendants Hernandez, McBride, and Nuñez for a thirty-day extension to file their response to the First Amended Complaint is granted.

　　　Defendants shall file their responsive pleading on or before May 25, 2009.

Dated: April 29, 2009

_____
Charles R. Breyer
United States District Court Judge