IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JACKIE DEAN OJEDA, | Case No. 1:08-cv-0641 CRB (PR) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS |
| v. | |
| M. HERNANDEZ, et al., | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the scheduling order of February 12, 2009, is granted.

Defendants shall file a motion for summary judgment or other dispositive motion on or before September 11, 2009.

Dated: May 26, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Order Extending Deadline to File Dispositive Motions (1:08-cv-0641 CRB (PR))