IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE DEAN OJEDA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　　　　　　　　　Defendants. | No. 1:08-cv-0641 CRB (PR)<br><br>[~~Proposed~~] ORDER MODIFYING SCHEDULING ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS |

Good cause appearing, Defendants' motion to modify the Scheduling Order of May 26, 2009, is granted.

Defendants shall file a motion for summary judgment or other dispositive motion on or before October 26, 2009.

Dated: Aug. 21, 2009

　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

SA2009309081

1