United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE DEAN OJEDA,<br><br>    Plaintiff,<br><br>  v.<br><br>HERNANDEZ, et al.,<br><br>    Defendants. | No. C 08-00641 CRB<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AS UNOPPOSED** |

On October 26, 2009, Defendants filed a Motion for Summary Judgment and served that Motion on Plaintiff by mail on the same date. Mot. for S.J. (Dkt. 30) Ex. 7. As of the date of this Order, Plaintiff has not filed an opposition to the Motion. Accordingly, this Court GRANTS Defendants' Motion as unopposed and dismisses this case.

**IT IS SO ORDERED.**

Dated: September 21, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\641\Order Granting SJ